# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK ARELLANO,<br><br>        Plaintiff,<br><br>    v.<br><br>CHAD HASKINS, et al.,<br><br>        Defendants. | Case No.: 1:17-cv-01235-LJO- JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO THE ORDER TO SHOW CAUSE<br><br>(Doc. 4) |

On September 29, 2017, the Court ordered the plaintiff to show cause why the matter should not be dismissed as barred. (Doc. 3) The plaintiff indicates he intends to hire an attorney and requests additional time to respond to the order. (Doc. 4) Good cause appearing, the request is **GRANTED.** The plaintiff **SHALL** respond to the order to show cause **no later than December 1, 2017.**

IT IS SO ORDERED.

    Dated: **October 8, 2017**                   **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE