# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK ARELLANO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHAD HASKINS, et al.,<br><br>　　　　　Defendants. | Case No.: 1:17-cv-1235-LJO - JLT<br><br>ORDER DENYING PLAINTIFF'S MOTION TO CONTINUE THE SCHEDULING CONFERENCE AS MOOT<br><br>(Doc. 25) |

On January 10, 2019, the Court received Plaintiff's motion for an order continuing the scheduling conference. (Doc. 25) Because the motion was not received until after the conference, which was held on January 7, 2019, the Court is unable to grant the relief requested by Plaintiff. Accordingly, Plaintiff's motion for a continuance (Doc. 25) is **DENIED** as **MOOT**.

IT IS SO ORDERED.

Dated: **January 16, 2019**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE